**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Edward FRIEDLAND, Petitioner**

**No. 66 EAL 2017**

Supreme Court of Pennsylvania.

June 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael Jacob RUMBLE, Petitioner**

**No. 15 WAL 2017**

Supreme Court of Pennsylvania.

June 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Darryl Dante RODGERS, Petitioner**

**No. 44 WAL 2017**

Supreme Court of Pennsylvania.

June 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**